**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        No. 4:10CV00026 JLH

DAN A. NICHOLS                                                              DEFENDANT

## ORDER

      On May 19, 2010, the Court entered an order giving notice to the plaintiff that the Court would dismiss this action without prejudice unless proof of service was filed on or before June 2, 2010, or the plaintiff establishes good cause for failure to serve summons and complaint within 120 days after the filing of the complaint.  The plaintiff has not filed proof of service nor shown good cause for failure to serve the summons and complaint within 120 days.  Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this action is dismissed without prejudice.

      IT IS SO ORDERED this 4th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE