IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                              No. 4:10CV00026 JLH

DAN A. NICHOLS                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 4th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE